UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSE VALDEZ CARBALLEA,

        Petitioner,

    v.

WARDEN, SOUTH FLORIDA
DETENTION FACILITY,  US
ATTORNEY GENERAL,

        Respondents.

Case No. 2:26-cv-1998-KCD-KRH

/

## **ORDER**

Petitioner Jose Valdez Carballea has filed a pro se habeas corpus petition challenging his detention by U.S. Immigration & Customs Enforcement. (Doc. 1.) As best the Court can tell, he claims that his continued detention violates the Fifth Amendment as interpreted by *Zadvydas v. Davis*, 533 U.S. 678 (2001) and procedural due process. (*Id.* at 7-8.) The Government has responded in opposition. (Doc. 6.)

This is Carballea's second petition. The prior case was dismissed because it was filed within the presumptively reasonable six-month detention period set forth in *Zadvydas*, and did not violate procedural due process. *See* Case No. 2:26-cv-1309-KCD-NPM. Because Carballea's detention is still within the six-month window, and the petition here raises the same arguments as before, the same result applies.

Accordingly, the habeas petition (Doc. 1) is **DENIED**. However, this denial is without prejudice to Carballea refiling a new petition should his current detention *exceed the six-month mark*, and he can demonstrate there is no significant likelihood of removal in the reasonably foreseeable future. The Clerk is **DIRECTED** to terminate any pending motions and close the case.

**ORDERED** in Fort Myers, Florida on August 6, 2026.

Kyle C. Dudek
United States District Judge

2